

**Ministry of JUSTICE**

National Offender Management Service

Offender Safety, Rights & Responsibilities
Cross Border Transfer Section
Clive House
4th Floor
Post point 4.16
70 Petty France
London
SW1H 9EX
England

Ms Paula A Wolff (Chief)
US Department of Justice Criminal Division
Office of Enforcement Operations
International Prisoner Transfer Unit
John C Keeney Building
10th Floor
Washington DC 20530
United States of America

Telephone: 0044 300 047 5696
Fax no: 0044 300 047 6857

Email: Jacqui.West2@noms.gsi.gov.uk

Date: 22 November 2012

Your Ref: Reg No 71732-279
Our Ref: PDP/T20782/6/1

Dear Ms Wolff,

**COUNCIL OF EUROPE CONVENTION ON THE TRANSFER OF SENTENCED PERSONS**

**NAME**: Jeffrey TESLER – DOB:06/09/1948– Reg no: 71732-279

I refer to your letter, with which you forwarded information relating to the above named prisoner, who has requested information about the possibility of transfer to the United Kingdom.

Her Majesty's Government is willing to agree to the transfer of this prisoner and I enclose a Declaration formally requesting his transfer under the terms of the Convention.

I confirm that the prisoner is a British National for the purposes of the Convention.

I confirm that in accordance with Article 9 (1) (a) of the Convention, the United Kingdom will continue to enforce the sentence of 21 months imprisonment imposed.
However, the British authorities will not be able to enforce the Supervised Release period on behalf of the American authorities.

I enclose extract from the relevant statute, which provides that the offence committed by the prisoner would be an offence if committed in England and Wales. *However, I must advise you that the offences committed will be recognised by the British authorities under the Bribery Act 2010, on the date of transfer and not when the offences were committed.*



# Ministry of JUSTICE

## DECLARATION

I am authorised by the Secretary of State to declare that the Government of the United Kingdom consents to the transfer from the United States of America to the United Kingdom of **Jeffery Tesler** and formally requests that he be transferred under the terms of the Council of Europe Convention on the Transfer of Sentenced Persons.

Date: 22 November 2012

J A SEDDON

ON BEHALF OF
Pat Baskerville
Head of Group

PDP/T20782/6/1



# Bribery Act 2010

## 2010 CHAPTER 23

*Bribery of foreign public officials*

**6    Bribery of foreign public officials**

(1) A person ("P") who bribes a foreign public official ("F") is guilty of an offence if P's intention is to influence F in F's capacity as a foreign public official.

(2) P must also intend to obtain or retain—
    (a)   business, or
    (b)   an advantage in the conduct of business.

(3) P bribes F if, and only if—
    (a)   directly or through a third party, P offers, promises or gives any financial or other advantage—
        (i)   to F, or
        (ii)   to another person at F's request or with F's assent or acquiescence, and
    (b)   F is neither permitted nor required by the written law applicable to F to be influenced in F's capacity as a foreign public official by the offer, promise or gift.

(4) References in this section to influencing F in F's capacity as a foreign public official mean influencing F in the performance of F's functions as such an official, which includes—
    (a)   any omission to exercise those functions, and
    (b)   any use of F's position as such an official, even if not within F's authority.

(5) "Foreign public official" means an individual who—
    (a)   holds a legislative, administrative or judicial position of any kind, whether appointed or elected, of a country or territory outside the United Kingdom (or any subdivision of such a country or territory),
    (b)   exercises a public function—
        (i)   for or on behalf of a country or territory outside the United Kingdom (or any subdivision of such a country or territory), or

I CERTIFY THAT THIS IS A TRUE COPY OF THE ORIGINAL DOCUMENT
SIGNED: [signature]

Case 3:12-mj-05059-TJB   Document 1   Filed 12/18/12   Page 4 of 12 PageID: 4

*Changes to legislation:* There are outstanding changes not yet made by the legislation.gov.uk
editorial team to Bribery Act 2010. Any changes that have already been made by the team
appear in the content and are referenced with annotations. (See end of Document for details)

    (ii) for any public agency or public enterprise of that country or territory (or subdivision), or
- (c) is an official or agent of a public international organisation.

(6) "Public international organisation" means an organisation whose members are any of the following—
- (a) countries or territories,
- (b) governments of countries or territories,
- (c) other public international organisations,
- (d) a mixture of any of the above.

(7) For the purposes of subsection (3)(b), the written law applicable to F is—
- (a) where the performance of the functions of F which P intends to influence would be subject to the law of any part of the United Kingdom, the law of that part of the United Kingdom,
- (b) where paragraph (a) does not apply and F is an official or agent of a public international organisation, the applicable written rules of that organisation,
- (c) where paragraphs (a) and (b) do not apply, the law of the country or territory in relation to which F is a foreign public official so far as that law is contained in—
  - (i) any written constitution, or provision made by or under legislation, applicable to the country or territory concerned, or
  - (ii) any judicial decision which is so applicable and is evidenced in published written sources.

(8) For the purposes of this section, a trade or profession is a business.

I CERTIFY THAT THIS IS A TRUE COPY OF THE ORIGINAL DOCUMENT
SIGNED: [signature]



# Bribery Act 2010

## 2010 CHAPTER 23

*Prosecution and penalties*

**11    Penalties**

(1) An individual guilty of an offence under section 1, 2 or 6 is liable—
  (a) on summary conviction, to imprisonment for a term not exceeding 12 months, or to a fine not exceeding the statutory maximum, or to both,
  (b) on conviction on indictment, to imprisonment for a term not exceeding 10 years, or to a fine, or to both.

(2) Any other person guilty of an offence under section 1, 2 or 6 is liable—
  (a) on summary conviction, to a fine not exceeding the statutory maximum,
  (b) on conviction on indictment, to a fine.

(3) A person guilty of an offence under section 7 is liable on conviction on indictment to a fine.

(4) The reference in subsection (1)(a) to 12 months is to be read—
  (a) in its application to England and Wales in relation to an offence committed before the commencement of section 154(1) of the Criminal Justice Act 2003, and
  (b) in its application to Northern Ireland,
as a reference to 6 months.

I CERTIFY THAT THIS IS A TRUE COPY OF THE ORIGINAL DOCUMENT
SIGNED:

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Houston

UNITED STATES OF AMERICA
v.
JEFFREY TESLER

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER: 4:09CR00098-001
USM NUMBER: 71732-279

Bradley D. Simon
Defendant's Attorney

☐ See Additional Aliases.

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   1 and 2 on March 11, 2011.
☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.
☐ was found guilty on count(s) _____
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to violate the foreign corrupt practices act | 06/30/2004 | 1 |
| 15 U.S.C. § 78dd-2 and 18 U.S.C. § 2 | Violation of the foreign corrupt practices act, aiding and abetting | 06/18/2002 | 2 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) remaining _____   ☐ is ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 23, 2012
Date of Imposition of Judgment

_[signature]_
Signature of Judge

**KEITH P. ELLISON**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

28 February 2012
Date

GAW | GAW

AO 245B (Rev. 09/08) Judgment in a Criminal Case
Sheet 2 -- Imprisonment

Judgment — Page 2 of 6

DEFENDANT: JEFFREY TESLER
CASE NUMBER: 4:09CR00098-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 21 months.
This term consists of TWENTY-ONE (21) MONTHS as to each of Counts 1 and 2, to run concurrently, for a total of TWENTY-ONE (21) MONTHS.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be designated to FCI Fort Dix, New Jersey, if possible.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☒ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 3 -- Supervised Release

Judgment -- Page 3 of 6

DEFENDANT: **JEFFREY TESLER**
CASE NUMBER: **4:09CR00098-001**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 2 years.
This term consists of TWO (2) YEARS as to each of Counts 1 and 2, to run concurrently, for a total of TWO (2) YEARS.

☐ See Additional Supervised Release Terms.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act
   (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state registration in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B     (Rev. 09/08) Judgment in a Criminal Case
             Sheet 3C -- Supervised Release

Judgment -- Page 4 of 6

DEFENDANT: **JEFFREY TESLER**
CASE NUMBER: **4:09CR00098-001**

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall provide the probation officer access to any requested financial information. If a fine or restitution amount has been imposed, the defendant is prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer.

The defendant is required to participate in a mental health program as deemed necessary and approved by the probation officer. The defendant will incur costs associated with such program, based on ability to pay as determined by the probation officer.

☐   See Additional Special Conditions of Supervision.

AO 245B (Rev. 09/08) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment -- Page 5 of 6

DEFENDANT: **JEFFREY TESLER**
CASE NUMBER: **4:09CR00098-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $200.00 | $25,000 |  |

A $100 special assessment is ordered as to each of Counts 1 and 2, for a total of $200.

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|

☐ See Additional Restitution Payees.

| **TOTALS** |  | $0.00 | $0.00 |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☒ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
            Sheet 6 — Schedule of Payments

Judgment — Page 6 of 6

DEFENDANT: **JEFFREY TESLER**
CASE NUMBER: **4:09CR00098-001**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A    ☒   Lump sum payment of $200.00    due immediately, balance due
          ☐   not later than _____, or
          ☒   in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

B    ☐   Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C    ☐   Payment in equal _____ installments of _____ over a period of _____, to commence ____ days after the date of this judgment; or

D    ☐   Payment in equal _____ installments of _____ over a period of _____, to commence ____ days after release from imprisonment to a term of supervision; or

E    ☐   Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    ☒   Special instructions regarding the payment of criminal monetary penalties:

       Payable to: Balance due in installments of 50% of any wages earned while in prison in accordance with the Bureau of Prisons' Inmate Financial Responsibility Program. Any balance remaining after release from imprisonment shall be due in equal monthly installments of $500 to commence 60 days after release from imprisonment to a term of supervision. Payments shall be made to the Clerk, U.S. District Court, Attn: Finance, P.O. Box 61010, Houston, TX 77208.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**
**(including defendant number)**      **Total Amount**      **Joint and Several Amount**      **Corresponding Payee, if appropriate**

☐   See Additional Defendants and Co-Defendants Held Joint and Several.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☒   The defendant shall forfeit the defendant's interest in the following property to the United States:
     $148,964,568.67 in United States currency as set forth in the final order of forfeiture executed by this Court on May 16, 2011.

☐   See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

## Certificate

I, Paula A. Wolff, hereby certify and attest that the following and attached documents are true and correct copies of:

    Title 15, United States Code, Section 78dd-2
    Title 18, United States Code, Section 2
    Title 18, United States Code, Section 371

_____
Paula A. Wolff, Chief
International Prisoner Transfer Unit